The People of the State of Illinois, Plaintiff-Appellee, v. Edward Eugene Merrill, Defendant-Appellant.

Gen. No. 66–91. 

Second District.
December 27, 1966.

William N. Stone, of Sterling, for appellant; Henry S. Dixon, State's Attorney, of Dixon, for appellee. Opinion by JUSTICE ATTEN. **Not to be published in full.**